1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **JILL WILLIAMS – State Bar No. 221793**
2  **CARPENTER, ROTHANS & DUMONT, LLP**
   **500 S. Grand Avenue, 19th Floor**
3  **Los Angeles, CA  90071**
   **(213) 228-0400 / (213) 228-0401 [Fax]**
4  **srothans@crdlaw.com / jwilliams@crdlaw.com**

5  Attorneys for Defendants,
   County of Los Angeles and
6  Deputy Jeffrey Brito

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | VANESSA BOWERS, individually and ) | Case No.: CV17-8088 VAP (AGRx) |
   as successor-in-interest to William )
12 Bowers; SAMANTHA BOWERS,       )   **NOTICE OF LODGING**
   individually and as successor-in-interest )
13 to William Bowers; JESSICA KEMP, )
   individually and as successor-in-interest )
14 to William Bowers,                )
                                     )
15          Plaintiffs,              )
                                     )
16     vs.                           )
                                     )
17 COUNTY OF LOS ANGELES, a         )
   public entity; and DOES 1 through 100, )
18 inclusive,                        )
                                     )
19          Defendants.             )
   _____)

20

21 TO THE COURT AND ALL INTERESTED PARTIES:

22        PLEASE TAKE NOTICE that Defendants, County of Los Angeles, a public

23 entity, and Deputy Jeffrey Brito, a public employee, hereby lodge their Answer to

24 First Amended Complaint previously filed with the Superior Court of the State of

25 California, pursuant to U.S. District Court, Central District of California Local

26 Rule 5-4.2(b)(1)

27 ///

28 ///

1

DATED:  November 10, 2017

CARPENTER, ROTHANS & DUMONT

2

By: _____
/s/

3

STEVEN J. ROTHANS
JILL WILLIAMS
Attorneys for Defendants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING